**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 18-819-JFW(GJSx)** | Date: March 22, 2024 |
| Title: | Janice Kevari, et al. -v- Scottrade, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, no later than **April 1, 2024**, why this action should not be dismissed for lack of prosecution.

The parties were ordered to file a joint status report with the Court every 120 days regarding the status of the arbitration proceedings. The last report was filed on June 22, 2023.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- **STATUS REPORT Regarding Status of Arbitration Proceedings**

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

IT IS SO ORDERED.

Initials of Deputy Clerk   sr